IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIE KEVIN WILLIAMS, #173816, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:12-cv-0335-TMH |
| ) | WO |
| ALABAMA DEPT. OF CORRECTIONS, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #30) to the Recommendation of the Magistrate Judge filed on May 22, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #29) filed on May 17, 2012 is adopted;

3. This case is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i) as the plaintiff failed to file the complaint within the time prescribed by the applicable period of limitations.

DONE this the 29th day of May, 2012.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE